# Court of Appeals
# of the State of Georgia

ATLANTA,___August 14, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A2097. MENSHACK NYEPAH v. THE STATE.**

In January 2013, Menshack Nyepah pled guilty to numerous counts of armed robbery, aggravated assault, false imprisonment, and possession of a firearm during the commission of a crime. Nyepah moved to withdraw his guilty plea, and the trial court denied the motion by order entered February 17, 2104. On June 18, 2014, Nyepah filed a notice of appeal to this Court. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Nyepah filed his notice of appeal 121 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_08/14/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*